IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YVETTE CRUZ | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | NO. 06-4644 |
| JOHN J. ASTRUE<br>Commissioner of Social Security | : | |
| Defendant | : | |

**ORDER**

WILLIAM H. YOHN, Jr., J.

AND NOW, this 11 day of September, 2007, upon consideration of the plaintiff's Motion for Summary Judgment and Statement of Issues in Support of Request for Review (Doc. No. 10), defendant's Response to Plaintiff's Request for Review (Doc. No. 13), and after careful review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, and no objections, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**.

2. Plaintiff's Request for Review (Doc. No. 10) is **GRANTED IN PART AND DENIED IN PART**.

3. The decision of the Commissioner is **REVERSED**.

4. The case is **REMANDED** to the Commissioner in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with this opinion.

5.  The Clerk is directed to enter **JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** and to mark this case closed for statistical purposes.

BY THE COURT:

_____
WILLIAM H. YOHN, JR.           J.